UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR 112-205 |
| BENJAMIN T. SORRELLS, JR. | ) |

**ORDER**

This matter comes before the Court on a Motion for Permission from the Court to Travel to Canada filed by Defendant (doc. no. 26).

After discussions with the United States Probation Office (USPO), due consideration of the motion, and for good cause shown, Defendant's Motion (doc. no. 26) is hereby **GRANTED.** Defendant is allowed limited travel to Canada for the purpose set forth in his motion, subject to the following special conditions:

1. Defendant shall report to his assigned USPO Supervising Officer by telephone as required by his officer, but in no event less than once each calendar week;

2. Defendant shall complete and deliver all required written reports to his assigned USPO Supervising Officer by first class mail in compliance with all established filing dates and other requirements; and

3. Defendant shall notify his assigned USPO Supervising Officer within 24 hours of each return to the Southern District of Georgia.

**SO ORDERED** this 13th day of January, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia